STEPHEN WALKOWIAK, by PETER WALKOWIAK, His Guardian ad Litem, Respondent, v. AUTO CAB MUTUAL INDEMNITY COMPANY, Appellant.— Order entered substituting Charles H. Bose as attorney for appellant in place of Clinton K. DeGroat, pursuant to stipulation. Motion to dismiss appeal granted, unless appellant shall be ready for argument on March twenty-third. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN D. MOORE, Respondent, v. ROCHESTER FRUIT AND VEGETABLE COMPANY, INCORPORATED, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve the printed records on appeal by March twenty-first. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NATALE FINNOCHIARO, Respondent, v. MICHAEL KIPFERL and Another, Appellants.— Motion to dismiss appeal granted, unless appellant shall be ready for

argument at opening of May term.   Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.